**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ORHAN KARAALI,

    Plaintiff,

v.                                                CASE NO: 8:10-cv-2451-T-26EAJ

WINTRUST CAPITAL MANAGEMENT, LLC
f/k/a Wayne Hummer Asset Management Company, LLC,

    Defendant.
_____/

**O R D E R**

    Defendant has filed a motion to dismiss Plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure thus prompting the Court to examine the complaint's allegations. After doing so, the Court concludes that the complaint represents the type of "shotgun" notice pleading previously found deficient by the Eleventh Circuit Court of Appeals. See Cesnik v. Edgewater Baptist Church, 88 F.3d 902, 905 (11th Cir. 1996). That is, the complaint "was framed in complete disregard of the principle that separate, discrete causes of action should be plead in separate counts." Id. In this case, Plaintiff's one-count complaint appears to allege claims for relief against Defendant founded on three discrete theories of recovery: (1) tortious interference with a contractual relationship, (2) unjust enrichment, and (3) constructive fraud.

In light of this conclusion, the Court has the inherent authority, even if not requested by opposing counsel, to demand a repleader *sua sponte*.  See Lumley v. City of Dade City, Fla., 327 F.3d 1186, 1192 n.13 (11th Cir. 2003) (suggesting that when faced with a shotgun pleading a district court, acting on its own initiative, should require a repleader); Magluta v. Samples, 256 F.3d 1282, 1284 n.3 (11th Cir. 2001) (noting that district courts confronted by shotgun complaints have the inherent authority to demand repleader *sua sponte*).  Accordingly, it is ordered and adjudged as follows:

1) Plaintiff shall replead the complaint within fifteen (15) days of this order.

2) Defendant shall file its responses to the repleaded complaint within fifteen (15) days of service.

3) Defendant's Motion to Dismiss (Dkt. 13) is denied as moot.

**DONE AND ORDERED** at Tampa, Florida, on January 24, 2011.

                                s/*Richard A. Lazzara*
                                **RICHARD A. LAZZARA**
                                **UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record