UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ORHAN KARAALI,

    Plaintiff,

v.                                      CASE NO: 8:10-cv-2451-T-26EAJ

WINTRUST CAPITAL MANAGEMENT, LLC, f/k/a
Wayne Hummer Asset Management Company, LLC,

    Defendant.
_____/

**O R D E R**

Upon due consideration, it is ordered and adjudged that Defendant's Motion to Compel (Dkt. 28) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). The sending of an e-mail followed by no response from opposing counsel is insufficient to comply with the rule. This Court requires that counsel confer *personally* with opposing counsel prior to filing the motion. Consequently, Plaintiff's counsel shall make himself available for a personal telephonic conference with Defendant's attorney within the next seven (7) days during which counsel shall attempt in good faith to resolve the issues raised by the motion. In the event counsel are unable to resolve this discovery matter, Defendant's counsel may refile the motion, following which the Court will direct an expedited response and schedule an expedited hearing. Plaintiff's counsel is put on notice that if the allegations advanced by Defendant's

counsel are determined to be true, then attorney fees and costs will be assessed against Plaintiff and counsel.

      **DONE AND ORDERED** at Tampa, Florida, on September 2, 2011.

      s/*Richard A. Lazzara*
      **RICHARD A. LAZZARA**
      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record